**Order entered June 18, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01670-CV

**D&J REAL ESTATE SERVICES, INC.
D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants**

**V.**

**GREG L. PERKINS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** appellees' June 16, 2014 agreed motion for an extension of time to file their

appellees'/cross-appellants' brief.  Appellees shall file their brief on or before **July 10, 2014**.

/s/      ADA BROWN
JUSTICE